SLIP OPINION

Cite as 2015 Ark. 294

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE REVISED INCOME WITHHOLDING FOR SUPPORT FORM | **Opinion Delivered** June 25, 2015 |

**PER CURIAM**

The Supreme Court Committee on Child Support has recommended the adoption of the revised Income Withholding for Support Form that has been approved by the Office of Management and Budget in accordance with 42 U.S.C. § 666(b)(6)(A)(ii). Arkansas law provides that the Chief Justice has the authority to approve any changes to the form, and that the Supreme Court has the responsibility for any necessary changes to the form. Ark. Code Ann. § 9-14-218(c)(2) & (3) (Repl. 2009).

We accept the committee's recommendation and adopt the form, effective immediately. The revised form will be available on the Arkansas Judiciary website:

https://courts.arkansas.gov

We thank the committee for its work.